■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LeRoy M. Nelson, Appellant. [26 NYS3d 481]—Appeal by the defendant from a judgment of the Supreme Court, Nassau County (Donnino, J., at plea and sentence; St. George, J., at hearing), rendered June 7, 2013, convicting him of robbery in the first degree (three counts) and criminal mischief in the first degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's knowing, voluntary, and intelligent waiver of his right to appeal forecloses appellate review of his challenge to the hearing court's suppression determination (*see People v Kemp*, 94 NY2d 831 [1999]; *People v Sanchez*, 122 AD3d 778 [2014]; *People v Kidd*, 100 AD3d 779 [2012]), as well as his contention that he was precluded from writing notes to counsel during the suppression hearing because he was handcuffed (*cf. People v Scott*, 31 AD3d 816 [2006]; *People v Wolmart*, 5 AD3d 706 [2004]).

In addition, by pleading guilty, the defendant forfeited his right to seek review of any alleged *Brady* violation (*see Brady v Maryland*, 373 US 83 [1963]; *People v Huggins*, 105 AD3d 760 [2013]; *People v Philips*, 30 AD3d 621 [2006]; *People v Knickerbocker*, 230 AD2d 753 [1996]). Mastro, J.P., Chambers, Miller and Hinds-Radix, JJ., concur.